FLN (Rev. 4/2004) Deficiency Order                                                                                              Page 1 of 2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    vs                                      Case No. **3:02cr94/RV**
                                                              3:07cv73/RV/MD

LESLY ALEXIS

_____

## ORDER

Defendant's **Letter to "Attention: United States Magistrate Judge Miles Davis" (received 5/7/2007)**, was referred to the undersigned with the following deficiencies:

    The document does not have a Certificate of Service as required by Rule 5(b) and (d) of the Federal Rules of Civil Procedure, showing proper service.

    Your document is not properly captioned for this court.  Every paper you file after the complaint must have the name of this court, the case style, the case number and the title of your pleading.  The body of your pleading should state the nature of your request and what you want the court to do for you.

    The first page of the document does not have a bottom margin of at least two inches as required by N.D. Fla. Loc. R. 5.1(B)(3).

For these reasons, IT IS ORDERED that:

XX    The document shall be filed in the electronic file, but no further pleadings will be accepted unless they comply with NORTHERN DISTRICT OF FLORIDA local rules.

XX    Other: WITHIN FIVE (5) DAYS FROM THE DATE OF THIS ORDER, THE GOVERNMENT SHALL RE-SERVE A COPY OF THE RESPONSE AND ATTACHMENTS FILED WITH THE COURT ON APRIL 3, 2007 TO THE DEFENDANT, WHO SHALL HAVE FORTY-FIVE DAYS FROM THE DATE OF THIS ORDER TO REPLY, IF HE CHOOSES.  THE GOVERNMENT SHALL FILE A NOTICE OF COMPLIANCE WITH THE COURT INDICATING THAT THIS HAS BEEN DONE.

*FLN (Rev. 4/2004) Deficiency Order* *Page 2 of 2*

DONE and ORDERED this 10th day of May, 2007.

/s/ *Miles Davis*
MILES DAVIS
UNITED STATES MAGISTRATE JUDGE